UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>  v.<br><br>SEATREE PLLC, JAMES J. NAMIKI, KING COUNTY, and JANE DOES,<br><br>                Defendants. | C17-1572 TSZ<br><br>MINUTE ORDER |
| JOHN DOE,<br><br>                Plaintiff,<br><br>  v.<br><br>SEATREE PLLC, and JAMES J. NAMIKI,<br><br>                Defendants. | C17-1681 TSZ |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

MINUTE ORDER - 1

1    (1)   Before the Court is a series of motions to seal various documents filed by Plaintiff in the above-captioned cases.[1] The Local Rules impose a "strong presumption of public access to the court's files." Local Rule 5(g). For the reasons stated in the following paragraphs, the Court concludes that Plaintiff has not met the burden of overcoming this presumption. *See also Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

   (2)   Plaintiff's motions to seal, docket nos. 36 and 48 in C17-1681, and docket no. 65 in C17-1572, to which no opposition was filed, are DENIED. Plaintiff seeks to file under seal hundreds of pages containing certain declarations, emails between plaintiff and defendants concerning bills for legal services, and various invoices, billing records, copies of checks, and corresponding documents.[2] Plaintiff has not identified why a less restrictive alternative to filing these voluminous records under seal is insufficient. *See* Local Rule 5(g)(3)(B).

   (3)   Plaintiff's motions to seal, docket no. 45 in C17-1681 and docket no. 68 in C17-1572, are DENIED. Plaintiff has not identified any applicable legal standard sufficient to warrant sealing the document in question. *See* Local Rule 5(g)(3)(B).

   (4)   Plaintiff is DIRECTED to file one supplemental brief, not to exceed two (2) pages, on or before June 1, 2018, specifically indicating whether he is withdrawing the sealed documents at issue in these motions. Absent such indication, the Court will promptly unseal these documents for public access. *See* Local Rule 5(g)(6).

   (5)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 22nd day of May, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

---

[1] Some of the motions in C17-1572 overlap with the motions in C17-1681 in that they request to seal what appear to be the same documents or similar information. For the reasons stated herein, the Court finds it unnecessary to provide a detailed recitation of the documents at issue or the extent to which these documents are subject to multiple motions.

[2] Plaintiff is reminded of his obligation to provide the Court with courtesy copies of documents over fifty (50) pages under Local Rule 10(e)(9).

MINUTE ORDER - 2