UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ICT LAW PLLC,<br><br>            Plaintiff,<br><br>   v.<br><br>SEATREE PLLC, JAMES J. NAMIKI, and DANIEL KALISH,<br><br>            Defendants. | C17-1681 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court GRANTS Defendants' motions for relief from deadlines, docket nos. 78, 81, and 85. Plaintiff's motions for partial summary judgment, docket nos. 77, 80, and 83, are STAYED, and the corresponding noting dates are STRICKEN, pending the Court's resolution of Defendants' 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint, docket no. 71 (the "Motion to Dismiss"). This stay will be lifted and the motions for partial summary judgment will be renoted, if appropriate, after the Court rules on the Motion to Dismiss.

(2) Plaintiff's motion for relief from deadline, docket no. 75 (the "Motion for Relief"), is DENIED. Plaintiff has filed its opposition to the Motion to Dismiss at docket no. 84 and its request for relief from the deadline to respond is therefore moot. Defendant Dan Kalish does not object to Plaintiff's request to consider Mr. Kalish served in this lawsuit and this issue is therefore also moot. *See* Defendants' Opposition to Plaintiff's Motion for an Extension of Time to Respond to Motion to Dismiss First Amended Complaint, docket no. 89, at 2 n.1. The Court declines to treat the Motion to Dismiss as a motion for summary judgment.

MINUTE ORDER - 1

(3) Plaintiff's motion for excess pages, docket no. 91, is STRICKEN as moot.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2018.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2