UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ICT LAW PLLC,<br><br>    Plaintiff,<br><br> v.<br><br>SEATREE PLLC, et al.,<br><br>    Defendants. | C17-1681 TSZ<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Plaintiff's motions for reconsideration, docket nos. 96 and 98, are DENIED.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 7th day of August, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1