UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ICT LAW PLLC,

               Plaintiff,

    v.

SEATREE PLLC, et al.,

              Defendants.

C17-1681 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1) Plaintiff's Motion to (a) Exceed Page Count and to (b) Reconsider, docket no. 108, is DENIED. As the Court noted in its October 12, 2018 Order, docket no. 107, although Plaintiff has filed numerous docket entries styled as declarations and other exhibits linked to earlier- and later-filed pleadings, out of an abundance of caution, the Court has reviewed the supporting declarations and exhibits and treated them as allegations supporting the Amended Complaint. *E.g.*, Docket No. 104-1. The Court has reviewed all of Plaintiff's filings and has not declined to review any particular filing on the basis of its title or its reference (or lack thereof) to any other filed document. Plaintiff's request for a telephonic conference regarding the Court's Order, docket no. 107, and the basis for that order is DENIED.

     (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 30th day of October, 2018.

                              William M. McCool
                            Clerk

                            s/Karen Dews
                            Deputy Clerk

MINUTE ORDER - 1